THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENYATTA GARNER, Appellant.

Submitted March 20, 2017; decided March 23, 2017

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

Chief Judge DiFiore taking no part.